O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ROTHENBERG,<br><br>　　　　　Plaintiff,<br>　v.<br>CATHERINE MARIE FRAZIER, and DOES 1–10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:13-cv-5729-ODW(JEMx)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO AMEND [7]** |

Rothenberg's Motion for Leave to amend is hereby **GRANTED**. Rothenberg is directed to manually file his First Amended Complaint under Local Rule 3-2. Rothenberg shall file within 5 days, by way of a declaration, a document showing the changes made between the original Complaint and the First Amended Complaint.

**IT IS SO ORDERED.**

August 16, 2013

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**